Jason K. Singleton, State Bar #166170
jason@singletonlawgroup.com
Richard E. Grabowski, State Bar # 236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, TED ROBINSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON,<br><br>  Plaintiff,<br><br>v.<br><br>CHAR-PIT, LLC, a California Limited Liability Company, dba CHAR-PIT, KEVIN CARRILLO, KATHLEEN CARRILLO, and DOES ONE through FIFTY, inclusive,<br><br>  Defendants. | Case No. 2:08-CV-1307 JAM DAD<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff **TED ROBINSON** and Defendants **CHAR-PIT, LLC, a California Limited Liability Company, dba CHAR-PIT, KEVIN CARRILLO, KATHLEEN CARRILLO** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: October 15, 2008     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
**TED ROBINSON**

**GREENBERG TRAURIG, LLP**

Dated: October 1, 2008     /s/ Marc B. Koenigsberg
Marc B. Koenigsberg, Attorneys for Defendants
**CHAR-PIT, LLC, KEVIN CARRILLO, KATHLEEN CARRILLLO**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ROBINSON vs. CHAR-PIT, LLC, et al.</u>, Case Number 2:08-cv-1307 JAM DAD, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: October 15, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com